AUSA: William Orr  Telephone: (989) 895-5712
Task Force Officer: Kenneth Monroe  Telephone: (810) 423-6432

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>WALTER LEE PAXTON | Case: 4:23-mj-30002<br>Assigned To : Ivy, Curtis, Jr<br>Assign. Date : 1/5/2023<br>Description: COMP USA v PAXTON (kcm) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 29, 2021__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kenneth Monroe, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: January 5, 2023

_____
*Judge's signature*

City and state: Flint, Michigan

Curtis Ivy, Jr., U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Kenneth Monroe, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am currently employed by the Michigan State Police as a Detective Trooper and have been employed as Trooper since 2010. I have been a law enforcement officer since 2005 including service for Mundy Township Police Department, Swartz Creek Police Department, and City of Burton Police. I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) as a Task Force Officer. I am currently assigned to the Detroit, Michigan Field Division, Flint Field Office. I am tasked with investigating violations of firearms and narcotics laws. During my employment, I investigated numerous incidents involving robberies, shootings, and homicides as well as violations of state and federal firearms laws.

2. I make this affidavit based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. Based on the facts below, I have probable cause to believe that on May 29, 2021, Walter Lee Paxton (XX-XX-1985) knowingly possessed, in and affecting commerce, a firearm in violation of 18 U.S.C. § 922(g)(1).

## BACKGROUND

4. On Saturday May 29th, 2021 at approximately 10:00 p.m., Troopers from the Michigan State Police Flint Post observed a black, 2013 Chevrolet Impala travelling eastbound on Pierson Road near Martin Luther King Boulevard in Flint, Michigan. Troopers observed the vehicle to have illegally tinted front windows. Troopers also observed the vehicle to accelerate to 100 m.p.h. in a 35 m.p.h. zone. Troopers attempted to initiate a traffic stop on the vehicle, but the vehicle fled. Troopers discontinued their pursuit due to the high speeds.

5. Shortly after terminating their pursuit Troopers observed the vehicle, later found to be driven by Walter Lee Paxton, (XX-XX-1995), pull into a parking lot at the EZ Stop Convenience Store, located at 5106 N. Saginaw Street. Troopers observed the driver door open and immediately close as soon as it stopped in the parking lot. Troopers observed an unknown object thrown underneath the vehicle while the driver's side door was open.

6. Troopers re-activated their emergency lights on their patrol vehicle and pulled behind the vehicle. The passenger in the vehicle, Kevon Anthonie

Williams (XX-XX-1995), exited the passenger seat and began walking away from the vehicle, leaving the passenger door open. Troopers contacted Williams, walking away from the vehicle and observed the driver, Walter Paxton, in the driver seat. Troopers observed Paxton reaching down near his feet, toward a black object.

7. Troopers took Paxton into custody and removed him from the vehicle. Troopers immediately observed a firearm on the driver side floorboard of the vehicle next to a cellphone in the area Paxton was reaching. The firearm was identified as a .40 caliber, semi-automatic, Springfield Arms, model XDE, serial number HE100926. The firearm was loaded with 8 rounds of .40 caliber ammunition. The firearm was queried through a law enforcement, electronic stolen firearm database and was reported as stolen by the Sterling Heights Police Department.

8. Troopers also located a second firearm laying in the parking lot, under the driver side of the vehicle. The firearm was identified as a .40 caliber, semi-automatic, Glock, model 35, serial number LFN186. The firearm was loaded with 12 rounds of .40 caliber ammunition. The firearm was queried through a law enforcement, electronic stolen firearm database and was reported as stolen from the Flint Police Department.

9. Troopers read Paxton his *Miranda* rights at which time he agreed to speak to Troopers. He stated that he had no knowledge of the firearms in the vehicle and that the phone that was located on the floorboard, next to the Springfield Arms

3

firearm, belonged to him. Paxton further stated he was only driving 40 m.p.h. prior to being pulled over and he had no idea Troopers were behind him.

10. Troopers read Williams his *Miranda* rights at which time he agreed to speak to Troopers. He stated when the vehicle came to a stop in the parking lot of the EZ Stop, he threw a gun out of the driver door. He told Troopers that the gun had been under his seat and when the vehicle came to a stop it slid out from under the seat so he threw it out the driver door. Williams described the firearm as a Glock, model 35, .40 caliber pistol. Troopers had not told Williams anything about the make, model, or caliber of the firearm before this statement.

11. While investigating the scene at the party store parking lot, Troopers observed the EZ Stop store to have exterior security cameras. Employees allowed Troopers to review the cameras. The cameras recorded the area in which the traffic stop occurred and showed there was no firearm lying on the ground prior to the traffic stop being conducted. Troopers observed the vehicle come into view of the camera, stop in the parking lot, and the driver door being opened. Troopers noted when the driver door was opened an object was thrown underneath the vehicle.

4

12.     I reviewed Walter Paxton's computerized criminal history (CCH) and discovered he had been convicted of felony robbery on 9/11/2016 in Sandusky, Ohio.

13.     I have spoken with Special Agent Dustin Hurt who has received specialized training regarding the manufacture and shipping of firearms. S/A Hurt stated that the Springfield Arms, model XDE, .40 caliber pistol, bearing serial number HE100926, was manufactured outside the state of Michigan and was therefore possessed in and affecting interstate commerce.

## **CONCLUSION**

14.     Based upon all of this information, probable cause exists that Walter Lee Paxton violated 18 U.S.C. § 922(g)(1) on Saturday May 29, 2021.

Respectfully submitted,

_____
Kenneth Monroe
ATF Task Force Officer

Sworn to before me and signed in my presence or by reliable electronic means.

_____
CURTIS IVY, JR.
UNITED STATES MAGISTRATE JUDGE

January 5, 2023